NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA RUIZ, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | ORDER |
| v. | Civil Action No. 08-06388 (DMC) |
| COMM. OF SOCIAL SECURITY, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Nina Ruiz ("Plaintiff"), to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

IT IS on this 12 day of January, 2009;

**ORDERED** that Plaintiff's motion to proceed *informa pauperis* is **granted**; and it is further

**ORDERED** that the Clerk of the Court file Plaintiff's Complaint and issue a summons.

Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: All Counsel of Record
The Honorable Mark Falk, U.S.M.J.
File